**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In the Matter of**: | |
| | Case No. 20-21289 |
| Vitaliy Zhuravinskiy | |
| | Chapter 13 |
| | |
| | Judge Jacqueline P. Cox |
| | |
| **Debtor(s)** | Cook County |

**NOTICE OF MOTION**

TO:

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic court notification;

Freedom Mortgage, 907 Pleasant Valley Ave., Ste 3, Mt Laurel, NJ 08054, via U.S. Mail;

Todd J Ruchman, Attorney for Freedom Mortgage, Manley Deas Kochalski, P.O. Box 165028, Columbus, OH 43216, via U.S. Mail;

Cunningham Courts HOA, 1970 E Cunningham, Palatine, IL 60074, via U.S. Mail;

Charles R. Woolley, Attorney for PNC Equipment Finance, Darcy & Devassy PC, 444 N. Michigan Ave., Ste 3270, Chicago, IL 60611, via U.S. Mail;

Bank of America, 4909 Savarese Circle, Tampa FL 33634, via U.S. Mail;

De Lage Landen Financial Services, P.O. Box 41602, Philadelphia, PA 19101-1602, via U.S. Mail;

Navitas Credit Corp., 201 Executive Center, Suite 100, Columbia SC 29210, via U.S. Mail;

PNC Bank, P.O. Box 94982, Cleveland, OH 44101, via U.S. Mail;

Wabash Financing, 655 Business Circle Dr., Horsham, PA 19044, via U.S. Mail;

Vitaliy Zhurvinskiy, 1105 East Randville Drive, Palatine, IL 60074; via U.S. mail;

SEE ATTACHED ADDRESSES

 PLEASE TAKE NOTICE that on April 11, 2022, at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the motion of Debtor to Modify Plan, a copy of which is attached.

 **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

 **To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

 **To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

 **When prompted identify yourself by stating your full name.**

 **To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

 **If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless

## PROOF OF SERVICE

 I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 305, Skokie, IL 60077 on March 17, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ David Freydin_____
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: 847.972.6157

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 20-21289<br>Northern District of Illinois<br>Eastern Division<br>Thu Dec 10 10:32:12 CST 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| BMO Harris Bank<br>Attn: Bankruptcy<br>Po Box 2035<br>Milwaukee, WI 53201-2035 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Citi Cards<br>PO BOX 9001016<br>Louisville, KY 40290-1016 | Cunningham Courts HOA<br>1970 E Cuningham<br>Palatine, IL 60074 |
| (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave, Ste 3<br>Mt Laurel, NJ 08054-1210 |
| Illinois Tollway Authority<br>PO BOX 5201<br>Lisle, IL 60532-5201 | Lauri S. Darwin<br>PO BOX 65<br>Glendale, SC 29346-0065 | Midland Credit Management<br>PO BOX 301030<br>Los Angeles, CA 90030-1030 |
| NTB/CBSD<br>Citi Corp Credit Services Centralized Ba<br>Po Box 20507<br>Kansas City, MO 64195-0507 | (p)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 | Nehr Law LLC<br>213 West Miner<br>West Chester, PA 19382-2924 |
| Nordstrom FSB<br>Attn: Bankruptcy<br>Po Box 6555<br>Englewood, CO 80155-6555 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Radius Global Solutions<br>PO BOX 390905<br>Minneapolis, MN 55439-0905 |
| Ravin Line<br>1105 East Randville Dr.<br>Palatine, IL 60074-2911 | SST/Columbus Bank & Trust Company<br>Attn: Bankruptcy<br>Po Box 98<br>Columbus, NE 68602-0098 | Wabash Financing<br>655 Business Center Dr.<br>Horsham, PA 19044-3409 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2269 | M O Marshall<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Vitaliy Zhuravinskiy<br>1105 East Randville Drive<br>Palatine, IL 60074-2911 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Attn: Bankruptcy<br>Po Box 982234<br>El Paso, TX 79998 | De Lage Landen Financial Services,<br>PO BOX 41602<br>Philadelphia, PA 19101-1602 | Navitas Credit Corp.<br>201 Executive Center<br>Suite 100<br>Columbia, SC 29210 |
| PNC Bank<br>Attn: Bankruptcy Department<br>Po Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | End of Label Matrix<br>Mailable recipients   28<br>Bypassed recipients    0<br>Total                 28 | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**In the Matter of**:  }
   }  Case No. 20-21289
Vitaliy Zhuravinskiy  }
   }  Chapter 13
   }
   }  Judge Jacqueline P. Cox
   }
**Debtor(s)**  }  Cook County

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR, by and through his attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, states as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 20-21289 on December 9, 2020.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on March 15, 2021, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 65.53%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

4. That the Debtor's confirmed plan requires him to pay $595.00 per month for 24 months followed by $1,245.00 per month for 36 months.

5. That this is a below-median case and the dividend to GUC depends on a hypothetical liquidation of Debtor's primary residence.

6. That, net of cost-of-sale and Debtor's homestead exemption, the hypothetical liquidation of Debtor's primary residence would yield approximately $50,801.50 to GUC.

7. That the $50,801.50 would have provided a 65.53% divided to the scheduled debts and this Honorable Court confirmed those terms on March 15, 2021.

8. That in administering the Chapter 13 plan, the Trustee believes that the minimum amount to GUC is determined by the 65.53% of filed claims instead of the $50,801.50 being the total available for distribution to GUC.

9. That because claims came in much higher than expected (due to multiple claims for Debtor's personal guarantee of business debts), the 65.53% to GUC is much higher than the $50,801.50 Debtor is required to provide.

10. That in order to allow him to complete this plan of reorganization as he intended, Debtor requests that the plan be modified to lower the dividend to GUC from 65.53% to 18.82% with a total paid into the plan of $57,800.00.

11. That the Debtor filed the instant case in good faith and, with this modification, will be able to complete the plan of reorganization.

WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan as follows:

A. Lower the percentage to GUC from 65.53% to 18.82% with a total paid into the plan of $57,800.00;

B. For such other and further relief as this Court deems just and proper.

/s/ David Freydin_____
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157